1  KIRAN S. LOPEZ (SBN 252467)
2  TESLA, INC.
   901 Page Avenue
3  Fremont, California 94538
4  Telephone: (510) 239-1413
   kirlopez@tesla.com
5
6  Attorneys for Defendants
   TESLA, INC. and SUZIE HATZIS
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  NAYMON FRANK, an individual,          Case No. 2:22-cv-01590-MEMF(AGRx)

12              Plaintiff,                **DEFENDANT TESLA, INC.'S
                                          NOTICE OF MOTION AND MOTION
13        v.                              TO COMPEL ARBITRATION AND
                                          STAY PROCEEDINGS**
14  TESLA, INC., a corporation; SUZIE
    HATZIS, an individual; and DOES 1     Date:     May 12, 2022
15  through 49, inclusive,                Time:     10:00 a.m.
                                          Location: United States Courthouse
16              Defendants.                         350 West 1st Street
                                                    Courtroom 8B, 8th Floor
17                                                  Los Angeles, CA 90012

18                                        **[Filed concurrently with Defendant Tesla,
                                          Inc.'s Memorandum of Points and
19                                        Authorities; Defendant Tesla, Inc.'s
                                          Request for Judicial Notice; Declarations
20                                        of Ben Flesch and Kiran S. Lopez; and
                                          (Proposed) Order]**
21
                                          *Complaint Filed: 1/14/2022*
22                                        *First Amended Complaint Filed: 2/15/2022*
                                          *Trial Date: None.*
23

24  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

25       **PLEASE TAKE NOTICE** that on May 12, 2022, at 10:00 a.m., or as soon

26  thereafter as the matter may be heard, in Courtroom 8B – 4th Floor of the United

27  States District Court for the central District of California, located at 350 West 1st

28  Street, Los Angeles, California 90012, before the Honorable Maame Ewusi-Mensah

Frimpong, Defendant Tesla, Inc. ("Tesla") will and hereby does petition the Court for an Order compelling Plaintiff Naymon Frank ("Plaintiff") to arbitrate his claims against Tesla and Defendant Suzie Hatzis and stay this action pending the outcome of the arbitration.

Tesla is entitled to an Order compelling arbitration and a stay of all of Plaintiff's claims under the Federal Arbitration Act, 9 U.S.C. §1, *et seq*., or, in the alternative, under the California Arbitration Act, California Code of Civil Procedure §1281, *et seq*., because Plaintiff signed and accepted a valid arbitration agreement requiring that he individually arbitrate all claims arising out of his employment with Tesla, and this dispute falls within the scope of that agreement.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities in support thereof, the concurrently filed Declarations of Ben Flesch and Kiran S. Lopez and exhibits thereto, the concurrently filed Request for Judicial Notice and exhibits thereto, all pleadings, papers, and records on file herein, all matters upon which judicial notice may be taken, any oral arguments and documentary evidence that may be presented prior to or at the time of hearing on this Motion, and upon such other matters the Court deems just and necessary.

This Motion is made following a meet and confer process between Plaintiff and Tesla, and Plaintiff's advisement to Tesla that he would not stipulate to arbitration. *See* concurrently filed Declaration of Kiran S. Lopez at ¶¶3, 6-7 and Exhibits 3 and 4. Hatzis does not oppose this Motion. *Id.* at ¶10.

DATED: March 31, 2022                    Respectfully submitted,

                                         TESLA, INC.

                                         By: */s/ Kiran S. Lopez*
                                         Kiran S. Lopez
                                         Attorney for Defendants
                                         TESLA, INC. and SUZIE HATZIS

**DEFENDANT TESLA, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL
ARBITRATION AND STAY PROCEEDINGS**

## PROOF OF SERVICE

I, William Nervis, declare:

I am a citizen of the United States and employed in Alameda County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 901 Page Ave., Fremont, CA 94538.  On April 1, 2022, I filed a copy of the within document(s):

## DEFENDANT TESLA, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by filing the document(s) listed above for electronic filing via ECF/PACER to the United States Federal Court, Central District of California.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a <u>Delivery Service</u> agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via my electronic service address (<u>wnervis@tesla.com</u>) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2022, at San Francisco, California.

_____
William Nervis

- 1 -