KIRAN S. LOPEZ (SBN 252467)
TESLA, INC.
901 Page Avenue
Fremont, California 94538
Telephone: (510) 239-1413
kirlopez@tesla.com

Attorneys for Defendants
TESLA, INC. and SUZIE HATZIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYMON FRANK, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>TESLA, INC., a corporation; SUZIE HATZIS, an individual; and DOES 1 through 49, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-01590-MEMF(AGRx)<br><br>**REQUEST OF COUNSEL FOR DEFENDANTS TESLA, INC. AND SUZIE HATZIS FOR REMOTE APPEARANCE**<br><br>Date:      May 12, 2022<br>Time:     10:00 a.m.<br>Location: United States Courthouse<br>              350 West 1st Street<br>              Courtroom 8B, 8th Floor<br>              Los Angeles, CA 90012<br><br>**[Filed concurrently with (Proposed) Order]**<br><br>*Complaint Filed: 1/14/2022*<br>*First Amended Complaint Filed: 2/15/2022*<br>*Trial Date: None.* |

- 1 -

**REQUEST OF COUNSEL FOR DEFENDANTS TESLA, INC. AND SUZIE HATZIS FOR REMOTE APPEARANCE**

**TO THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

    Kiran S. Lopez, counsel for Defendants Tesla, Inc. ("Tesla") and Suzie Hatzis, hereby respectfully requests the Court's permission to attend the May 12, 2022 hearing on Tesla's Motion to Compel Arbitration and Stay Proceedings remotely, utilizing the Court's Zoom Webinar Information accessible via the Court's website.

DATED: March 31, 2022                      Respectfully submitted,

                                                    TESLA, INC.

                                                    By: */s/ Kiran S. Lopez*
                                                    Kiran S. Lopez
                                                    Attorney for Defendants
                                                    TESLA, INC. and SUZIE HATZIS

**PROOF OF SERVICE**

I, William Nervis, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 901 Page Ave., Fremont, CA 94538. On April 1, 2022, I filed a copy of the within document(s):

**REQUEST OF COUNSEL FOR DEFENDANTS TESLA, INC. AND SUZIE HATZIS FOR REMOTE APPEARANCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by filing the document(s) listed above for electronic filing via ECF/PACER to the United States Federal Court, Central District of California.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via my electronic service address (wnervis@tesla.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 1, 2022, at San Francisco, California.

William Nervis

- 1 -

PROOF OF SERVICE