KIRAN S. LOPEZ (SBN 252467)
TESLA, INC.
901 Page Avenue
Fremont, California 94538
Telephone: (510) 239-1413
kirlopez@tesla.com

Attorneys for Defendants
TESLA, INC. and SUZIE HATZIS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NAYMON FRANK, an individual,

Plaintiff,

v.

TESLA, INC., a corporation; SUZIE HATZIS, an individual; and DOES 1 through 49, inclusive,

Defendants.

Case No. 2:22-cv-01590-MEMF(AGRx)

**DECLARATION OF KIRAN S. LOPEZ IN SUPPORT OF DEFENDANT TESLA, INC.'S REPLY MEMORANDUM IN SUPPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Date: May 12, 2022
Time: 10:00 a.m.
Location: United States Courthouse
350 West 1st Street
Courtroom 8B, 8th Floor
Los Angeles, CA 90012

**[Filed concurrently with Defendant Tesla, Inc.'s Reply Memorandum In Support of Motion to Compel Arbitration and Stay Proceedings; and Defendant Tesla, Inc.'s Request for Judicial Notice In Support of Defendant Tesla, Inc.'s Reply Memorandum In Support of Motion to Compel Arbitration and Stay Proceedings]**

*Complaint Filed: 1/14/2022*
*First Amended Complaint Filed: 2/15/2022*
*Trial Date: None.*

**DECLARATION**

I, Kiran S. Lopez, hereby declare and state as follows:

1. I am an attorney at law, duly licensed to practice in this Court and before all Courts in the State of California. I am in-house counsel for Defendant Tesla, Inc. ("Tesla") in connection with the above-captioned matter. I am over the age of 18 and make this Declaration based on my personal knowledge and review of documents maintained in the usual course of business.

2. The Declaration filed by James Bohm, counsel for Plaintiff Naymon Frank ("Plaintiff") in this matter, in support of Plaintiff's Opposition to Tesla's Motion to Compel Arbitration and Stay Proceedings, speaks to a separate, unrelated arbitration for which I also served as counsel for Tesla. In that case, the plaintiff named three defendants: an individual as well as Tesla, Inc. and Tesla Motors, Inc. Tesla, Inc. is a corporation organized and formed under the laws of the State of Delaware, with its principal place of business and headquarters in Austin, Texas. *See* DE 2 (Tesla's Notice of Removal), 4:2-6. Tesla, Inc. does business in the State of California as Tesla Motors, Inc. Attached hereto as **Exhibit A** is a true and correct copy of Tesla, Inc. dba Tesla Motors, Inc.'s most recent Statement of Information filed with the California Secretary of State, dated March 18, 2022, which is a publicly accessible document I downloaded on April 28, 2022 from the California Secretary of State's website: https://bizfileonline.sos.ca.gov/search/business. Accordingly, there were only two true defendants – one individual and Tesla – in the separate, unrelated case to which Plaintiff's counsel's Declaration speaks.

3. In the separate, unrelated arbitration discussed above, I am aware that while the Arbitrator initially limited the claimant to two depositions the Arbitrator also advised the parties that the issue could be revisited as the case progressed.

4. On March 25, 2022 counsel for Plaintiff sent me an email with a letter attached, in which Plaintiff's counsel requested Plaintiff's personnel and payroll records. As a courtesy, and with Plaintiff's counsel's agreement that such production would not in any way waive Tesla's right to compel arbitration, Tesla produced the requested records on April 15, 2022. Attached hereto as **Exhibit B** is a true and correct copy of the March 25-28, 2022 email chain amongst counsel, without attachment.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of April, 2022, in Alamo, California.

*/s/ Kiran S. Lopez*

Kiran S. Lopez

# EXHIBIT A

**California Secretary of State**
Electronic Filing




# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | TESLA, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS TESLA MOTORS, INC. |
| Entity (File) Number: | C2550630 |
| File Date: | 03/18/2022 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | H341172 |

**Detailed Filing Information**

1. Entity Name: TESLA, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS TESLA MOTORS, INC.

2. Business Addresses:

 a. Street Address of Principal Office in California:

 b. Mailing Address: 1 Tesla Road, Austin, Texas 78725 United States of America

 c. Street Address of Principal Executive Office: 1 Tesla Road, Austin, Texas 78725 United States of America

3. Officers:

 a. Chief Executive Officer: Elon Musk, 1 Tesla Road, Austin, Texas 78725, United States of America

 b. Secretary: Emmanuelle Stewart, 1 Tesla Road, Austin, Texas 78725, United States of America

Document ID: H341172

# California Secretary of State
Electronic Filing

Officers (cont'd):

c. Chief Financial Officer: Zachary Kirkhorn
1 Tesla Road,
Austin, Texas 78725
United States of America

4. Director: Not Applicable

Number of Vacancies on the Board of Directors: Not Applicable

5. Agent for Service of Process: C T CORPORATION SYSTEM (C0168406)

6. Type of Business: Sales, Service, Manufacturing, Distribution, etc.

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Jeanne Nelson



Document ID: H341172



# EXHIBIT B

| | |
|---|---|
| **From:** | James Bohm |
| **To:** | Kiran Lopez; jfreeman@bohmwildish.com |
| **Cc:** | William Nervis |
| **Subject:** | Re: Frank v. Tesla |
| **Date:** | Monday, March 28, 2022 12:00:00 PM |
| **Attachments:** | image001.png |

We agree the production of documents will not waive any claimed rights to arbitration. Jim

-----Original Message-----
From: Kiran Lopez <kirlopez@tesla.com>
To: Joanne Freeman <jfreeman@bohmwildish.com>
Cc: Jim Bohm <jbohm@aol.com>; William Nervis <wnervis@tesla.com>
Sent: Mon, Mar 28, 2022 11:57 am
Subject: RE: Frank v. Tesla

Hi Joanne,

Thank you for your email. As I'm sure you know, once litigation is initiated Mr. Frank's right to obtain his personnel records ceases during the pendency of the lawsuit. *See* Cal. Lab. Code Section 1198.5(n). However, in the spirit of cooperation Tesla will produce the requested personnel and payroll records. Please do note that Tesla is preparing and will file its motion to compel arbitration, and providing the requested records does not in any way waive its right to arbitration.

Best,
Kiran

**Kiran S. Lopez | Senior Litigation Counsel, Employment**
Fremont, CA
kirlopez@tesla.com




The content of this message is the proprietary and confidential property of Tesla, Inc. and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.
Please consider the environment before printing this email.

---

**From:** Joanne Freeman <jfreeman@bohmwildish.com>
**Sent:** Friday, March 25, 2022 4:35 PM
**To:** Kiran Lopez <kirlopez@tesla.com>
**Cc:** Jim Bohm <jbohm@aol.com>
**Subject:** Frank v. Tesla

Please see attached letter re: request for Naymon Frank's personnel and payroll records.

**PROOF OF SERVICE**

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 901 Page Avenue, Fremont, California 94538. On the date set forth below, I served the attached:

**DECLARATION OF KIRAN S. LOPEZ IN SUPPORT OF DEFENDANT TESLA, INC.'S REPLY MEMORANDUM IN SUPPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

on the following interested party(s) in said cause:

**Joanne Freeman (jfreeman@bohmwildish.com)**
**Jim Bohm (jbohm@aol.com)**

**[ ] VIA MAIL -- CCP §1013(a), 2015.5:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Fremont, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

**[ ] VIA OVERNIGHT MAIL/COURIER -- CCP §1013(c), 2015.5:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am readily familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and any correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

**[X] VIA E-MAIL OR ELECTRONIC TRANSMISSION -- CCP §§1010.6, 1013(e), 2015.5, CRC 2008:**
Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I am readily familiar with my firm's business practice of processing and transmitting documents via e-mail or electronic transmission(s) and any such documents would be transmitted in the ordinary course of business.

**[ ] VIA HAND DELIVERY -- CCP § 1011, 2015.5:**
By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-served on that day, in the ordinary course of my firm's business practice.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 28, 2022, at San Francisco, California.

WILLIAM NERVIS