**BOHM WILDISH & MATSEN, LLP**
James G. Bohm, Esq. (SBN 132430)
*jbohm@bohmwildish.com*
Joanne P. Freeman, Esq. (SBN 140137)
*jfreeman@bohmwildish.com*
Samuel Hopkins, Esq. (SBN 357266)
*shopkins@bohmwildish.com*
600 Anton Boulevard, Suite 640
Costa Mesa, CA 92626
Tel: (714) 384-6500
Fax: (714) 384-6501
eFile@BohmWildish.com

Attorneys for Plaintiff NAYMON FRANK, an individual

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYMON FRANK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TESLA, INC., a corporation; SUZIE HATZIS, an individual; and DOES 1 through 49, *inclusive* <br><br> Defendants. | CASE NO. 2:22-cv-01590-MEMF(AGRx) <br><br> **JOINT STIPULATION TO SUBMIT ON TENTATIVE RULING ON MOTION TO VACATE JUDGMENT AND RELIEF FROM JUDGMENT** <br><br> **Date:** May 8, 2025 <br> **Time:** 10:00 a.m. <br> **Dept.:** 8B |

Bohm Wildish & Matsen, LLP
600 Anton Boulevard
Suite 640
Costa Mesa, CA 92626
(714) 384-6500
(714) 384-6501 (fax)

1

JOINT STIPULATION TO SUBMIT ON TENTATIVE RULING ON MOTION TO VACATE JUDGMENT AND RELIEF FROM JUDGMENT

**TO THE COURT**:

The parties in the above-referenced matter hereby stipulate to submit on the tentative ruling on the **MOTION TO VACATE JUDGMENT AND RELIEF FROM JUDGMENT.**

**IT IS HEREBY STIPULATED:**

Dated: May 7, 2025            **BOHM WILDISH & MATSEN, LLP**

                              By:    /s/ James G. Bohm
                                     James G. Bohm, Esq.
                                     Joanne P. Freeman, Esq.
                                     Samuel Hopkins, Esq.
                                     Attorneys for Plaintiff
                                     NAYMON FRANK

Dated: May 7, 2025            **TESLA, INC**.

                              By:    /s/ Stephanie_A. Stroup___
                                     Stephanie A. Stroup, Esq.
                                     Attorneys for Defendants
                                     TESLA, INC.,
                                     SUZIE HATZIS

Bohm Wildish & Matsen, LLP
600 Anton Boulevard
Suite 640
Costa Mesa, CA 92626
(714) 384-6500
(714) 384-6501 (fax)

2

JOINT STIPULATION TO SUBMIT ON TENTATIVE RULING ON MOTION TO VACATE JUDGMENT AND RELIEF FROM JUDGMENT

# PROOF OF SERVICE
*Naymon Frank vs. Tesla, Inc., Suzie Hatzis, et al.*
(UNITED STATES DISTRICT COURT, Central District Case No. 2:22-cv-01590-MEMF(AGRx))

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am over 18 years of age and not a party to this action. My business address is 600 Anton Boulevard, Suite 640, Costa Mesa, California 92626. On **Wednesday, May 7, 2025**, I served the following document(s):

**JOINT STIPULATION TO SUBMIT ON TENTATIVE RULING ON MOTION TO VACATE JUDGMENT AND RELIEF FROM JUDGMENT**

I served the above-referenced document(s) on the following person(s) in the following manner:

| | |
|---|---|
| Stephanie Stroup, Esq. (SBN 252467)<br>**TESLA, INC.**<br>31353 Huntwood Avenue<br>Hayward, CA 94544<br>(510) 239-1413<br>sstroup@tesla.com;<br>lmartino@tesla.com | *Attorneys for Defendants TESLA, INC. and SUZIE HATZIS* |

☒ **ELECTRONIC SERVICE [*e-Service*] VIA PACER (CM/ECF SYSTEM):** On **Wednesday, May 7, 2025**, I caused the above-referenced document(s) to be electronically served by submitting the electronic version of the document(s) to **PACER (CM/ECF SYSTEM)**, through the web interface at https://pacer.login.uscourts.gov which caused the documents to be sent by electronic transmission to the addressee(s) listed on the service list. The transmission was reported as complete from email address cacdecfmail@cacd.uscourts.gov and without error.

I declare under penalty of perjury under the laws of the State of California that the above statements are true and correct. Executed on **Wednesday, May 7, 2025** at Costa Mesa, California.

*Cynthia Lopez*
Cynthia Lopez

PROOF OF SERVICE